ATTORNEY GRIEVANCE COMMISSION *      IN THE
OF MARYLAND

                       •    COURT OF APPEALS

*Petitioner,*

                       •    OF MARYLAND

v.

PHILLIP G. DANTES            •    Misc. Docket AG

     *Respondent.*           •    No. 45

                       •    September Term, 2017

**ORDER**

The Court of Appeals of Maryland, having consider the Joint Petition of the Attorney

Grievance Commission and Respondent, Phillip G. Dantes, to place Respondent

on Inactive Status by Consent pursuant to Maryland Rule 19-736(c), it is this   6th

day of  December  , 2017;

ORDERED, that the Joint Petition be, and it is hereby GRANTED, and the

Respondent, Phillip G. Dantes, is hereby placed on Inactive Status by consent; and it is

further,

ORDERED, that the Clerk of this Court shall remove the name of Phillip G. Dantes

from the register of attorneys in the Court and certify that fact to the Client Protection Fund

of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with

Maryland Rule 19-761.

                           /s/ Clayton Greene, Jr.
                           Senior Judge

4